AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CEDRIC L. KING,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:  5:23cv30
(5:17cr05)

UNITED STATES OF AMERICA,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated July 16, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence is dismissed. Additionally, Petitioner is denied a certificate of appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _____

_____July 17, 2024_____
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020